UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BRIMS,

          Plaintiff,

    v.

J. COLLADO, SUPT.,

          Defendant.

No. 18-CV-6973 (KMK)(PED)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons to be stated in a forthcoming Opinion, Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1), is DENIED.

    The Clerk of the Court is directed to close the case.

SO ORDERED.

DATED:   September 30, 2022
          White Plains, New York

                              KENNETH M. KARAS
                              United States District Judge