**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EDWARD BRIMS,

                        Plaintiff,         18 **CIVIL** 6973 (KMK)(PED)

      -against-                 **JUDGMENT**

J. COLLADO, SUPT.,

                       Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, Petitioner's Petition for a Writ of Habeas Corpus is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
            September 30, 2022

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**    *K. Mango*
                                                          **Deputy Clerk**