**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDWARD BRIMS,

                              Plaintiff,                    18 **CIVIL** 6973 (KMK)(PED)

              -against-                                              **JUDGMENT**

J. COLLADO, SUPT.,

                              Defendant.
------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Order dated October 11, 2022, the Court, having conducted a thorough review of the remainder of the

R&R, finds no error, clear or otherwise. The Court has therefore adopted the outcome of Judge Davison's R&R.

Petitioner's writ of habeas corpus is accordingly dismissed with prejudice. As Petitioner has not made a

substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see

28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Patrol, 209 F.3d 107, 111-12 (2d Cir. 2000), and the

Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits

would not be taken in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962) ("We consider a

[petitioner's] good faith... demonstrated when he seeks appellate review of any issue not frivolous."); Burda

Media Inc. v. Blumenberg, 731 F. Supp. 2d 321, 322-23 (S.D.N.Y. 2010) (citing Coppedge and noting that an

appeal may not be taken in forma pauperis if the court certifies in writing that it was not taken in good faith).

Judgment is entered in favor of Respondent; accordingly, the case is closed.

**Dated:**  New York, New York
        October 12, 2022

                                                **RUBY J. KRAJICK**
                                        _____
                                                **Clerk of Court**
                              **BY:**        _K. Mango_
                                        _____
                                                **Deputy Clerk**